ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Connectec Company, Inc. | ) | ASBCA No. 58904 |
| | ) | |
| Under Contract No. W9098S-12-P-0240 | ) | |

APPEARANCE FOR THE APPELLANT:          Ms. Lora Taleb
                                                            President

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                            Army Chief Trial Attorney
                                                            CPT Evan C. Williams, JA
                                                            Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within one year of the date of this Order.

Dated: 27 January 2015

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58904, Appeal of Connectec Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals